O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOSE ESTEBAN GUERRERO, | ) | Case No. CV 11-07987-ODW (OP) |
| | ) | |
| Petitioner, | ) | ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| v. | ) | |
| | ) | |
| WARDEN GUTIERREZ, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and the Report and Recommendation of the United States Magistrate Judge. Petitioner has not filed any written Objections to the Report. The Court accepts the findings and recommendations of the Magistrate Judge,

/ / /

/ / /

/ / /

1    IT IS ORDERED that Judgment be entered: (1) accepting this Report and

2    Recommendation; and (2) directing that Judgment be entered denying the Petition and

3    dismissing this action for lack of jurisdiction.

4

5

6    DATED: June 28, 2012

7    HONORABLE OTIS D. WRIGHT, II.
     United States District Judge

8

9

10   Prepared by:

11

12

13   HONORABLE OSWALD PARADA
     United States Magistrate Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                 2