JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ESTEBAN GUERRERO,<br><br>　　　　　　Petitioner,<br>　　v.<br><br>WARDEN GUTIERREZ,<br><br>　　　　　　Respondent. | Case No. CV 11-07987-ODW (OP)<br><br>J U D G M E N T |

　　　Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of the United States Magistrate Judge,

　　　IT IS ADJUDGED that the Petition is denied and this action is dismissed for lack of jurisdiction.

DATED: June 28, 2012

　　　　　　　　　　　　　　　　　*/s/ Otis D. Wright*
　　　　　　　　　　　　　　　　HONORABLE OTIS D. WRIGHT, II.
　　　　　　　　　　　　　　　　United States District Judge

Prepared by:

*/s/ Oswald Parada*
HONORABLE OSWALD PARADA
United States Magistrate Judge